

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2018

No. 04-18-00383-CV

**IN THE INTEREST OF M.A.L.R., A CHILD**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01819
The Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

      The court reporter has filed a notification of late record, requesting an extension of time to file the reporter's record to July 5, 2018. The extension is GRANTED. The reporter's record is due on **July 5, 2018.**

_____
Karen Angelini, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court